# UNITED STATES DISTRICT COURT
### Southern District of Mississippi
Post Office Box 928
Natchez, Mississippi 39121

DAVID C. BRAMLETTE
Judge

Telephone:
(601) 442-3006

August 24, 2009

Committee on Financial Disclosure
Administrative Office of the U. S. Courts
One Columbus Circle, N.E., Suite 2-301
Washington, D.C.  20544

Re: Judge David C. Bramlette, III
    2008 Amended Financial Disclosure Report

Ladies and Gentlemen:

Per your letter of August 7, 2009, enclosed please find the original and three copies of my Amended Financial Disclosure Report for the year 2008.

David C. Bramlette

sb

Enclosures

RECEIVED 2009 AUG 25 A 10: 45 FINANCIAL DISCLOSURE OFFICE

**Bramlette, David C**

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 8/24/09 |

## VII.  INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 1.  50% interest in rental account- Regions Bank acct. | A | rent | J | T | | | | | |
| 2.  50% interest in account, rental property-Regions Bank acct. | A | rent | J | T | | | | | |
| 3.  25% interest in farm acct.-Regions Bank acct. | A | rent | J | T | | | | | |
| 4.  25% interest in estate account-inherited property Regions Bank acct. | E | rent | J | T | | | | | |
| 5.  Entergy | A | div. | K | T | | | | | |
| 6.  GW Utilities, Ltd. | B | div. | J | T | | | | | |
| 7. Hibernia Bank | A | div. | | | Transferred to New Investment Acct. Item No. 84 and then sold and proceeds put in ready asset account | | | | |
| 8. CSX | A | div. | J | T | | | | | |
| 9. Abitibi-Price, Inc. | A | div. | J | T | | | | | |
| 10. Highland Corp. | C | div. | J | T | | | | | |
| 11. Highpoint Corp. | A | div. | J | T | | | | | |
| 12. First Colony Life | B | div. | K | T | | | | | |
| 13. Penn Mutual | A | div. | M | T | | | | | |
| 14. New York Life | A | div. | L | T | | | | | |
| 15. Equitable Life | A | div. | L | T | This life policy has expired | | | | |
| 16. Southern Farm Bureau | A | div. | J | T | This life policy has expired | | | | |

RECEIVED 2009 AUG 25 A 10: 45 DISCLOSURE FINANCIAL OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 8/24/09 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A.<br>Description of Assets<br>(including trust assets) | B.<br>INCOME during reporting period | | C.<br>GROSS VALUE at end of reporting period | | D.<br>TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | (2) | If not exempt from disclosure | | |
| | | | | | | | (3) | (4) | (5) |
| | Amt. 1 Code | Type | Value2 Code | Value Method3 | Type | Date | Value2 Code | Gain1 Code | Identity |

17. CHARLES SCHWAB
    INVESTMENT ACCOUNT:

STOCKS:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AT&T New | A | div. | | | Sold | 11/20 | J | | |
| Abbott Laboratories | A | div. | | | Buy | 10/21 | J | | |
| | | | | | Sold | 12/23 | J | | |
| American Intl. Group Inc. | A | div. | | | Sold | 6/16 | J | | |
| Amgen Inc. | A | div. | J | T | Buy | 9/24 | J | | |
| Anadarko Pete Corp. | A | div. | | | Sold | 7/3 | J | | |
| Arkansas Power & Light | B | div. | J | T | | | | | |
| Ashland, Inc. | A | div. | J | T | | | | | |
| Assurant Inc. | A | div. | | | Buy | 7/3 | J | | |
| | | | | | Sold | 11/10 | J | | |
| BMC Software, Inc. | A | div. | | | Sold | 12/12 | J | | |
| BankAmerica Corp. New Del | A | div. | J | T | | | | | |
| Baxter Interntl, Inc. | A | div. | | | Sold | 11/20 | J | | |
| Becton Dickinson & Co. | A | div. | J | T | | | | | |
| Best Buy Inc. | A | div. | | | Buy | 2/25 | J | | |
| | | | | | Sold | 11/26 | J | | |
| BP Amoco PL | A | div. | | | Sold | 11/20 | J | | |
| Burlington N Sante Fe | A | div. | | | Sold | 11/20 | J | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 8/24/09 |

## VII.   INVESTMENTS AND TRUSTS – income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | If not exempt from disclosure | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| Carnival Corp. | A | div. | | | Ptl. Sale | 10/8 | J | | |
| | | | | | Sold | 11/10 | J | | |
| Caterpillar, Inc. | A | div. | J | T | | | | | |
| CenterPoint Energy | A. | div. | | | Buy | 10/8 | J | | |
| | | | | | Sold | 12/12 | J | | |
| Chubb Corp. | A | div. | | | Ptl. Sale | 6/27 | J | | |
| | | | | | Sold | 9/24 | J | | |
| CIGNA | A | div. | | | Sold | 7/3 | J | | |
| CISCO Systems, Inc. | A | div. | | | Buy | 3/3 | J | | |
| | | | | | Sold | 12/26 | J | | |
| Comcast Corp New CLA | A | div. | J | T | Buy | 10/15 | J | | |
| Corning Inc. | A | div. | | | Ptl. Sale | 10/21 | J | | |
| | | | | | Sold | 11/10 | J | | |
| Deere & Co. | A | div. | | | Sold | 10/21 | J | | |
| Dell Inc | A | div. | | | Buy | 7/3 | J | | |
| | | | | | Buy | 7/22 | J | | |
| | | | | | Sold | 11/18 | J | | |
| Dominion Res Inc VA New | A | div. | J | T | | | | | |
| Disney Walt Co | A | div. | J | T | Buy | 6/20 | J | | |
| | | | | | Buy | 7/22 | J | | |
| Donnelley RR L& Sons Co. | A | div. | | | Sold | 7/9 | J | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 8/24/09 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| Dow Chemical Company | A | div. | | | Buy Sold | 5/1 10/21 | J J | | |
| E Trade Financial Corp. | A | div. | | | Sold | 7/31 | J | | |
| Embarq Corp. | A | div. | | | Buy Sold | 1/18 10/15 | J J | | |
| Exxon Mobil Corp. | A | div. J | T | | Buy Buy | 7/3 7/9 | J J | | |
| Fisher Scientific IN | A | div. | | | Sold | 12/10 | J | | |
| Foster Wheeler New ORD | A | div. | | | Buy Buy Sold | 3/3 10/8 11/20 | J J J | | |
| Freeport McMorn CP&GLD B Class B | A | div. J | T | | | | | | |
| General Dynamics Corp. | A | div. | | | Sold | 11/10 | J | | |
| General Electric | A | div. | | | Sold | 12/23 | | J | |
| Goldman Saks Group Inc | A | div. | | | Buy Sold | 7/17 11/20 | | J J | |
| Harris Corporation | A | div. | | | Sold | 11/20 | | J | |
| Heinz H J Co | A | div. | | | Buy Sold | 7/22 12/26 | | J J | |
| Hewlett Packard Co. | A | div. | | | Ptl. Sale Sold | 7/22 10/16 | | J J | |
| Hospira | A | div. | | | Buy Sold | 2/25 11/20 | | J J | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 8/24/09 |

## VII.  INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| Intl. Business Machines | A | div. | J | T | | | | | |
| Johnson & Johnson | A | div. | J | T | | | | | |
| Kroger Co. | A | div. | J | T | | | | | |
| L-3 Communications HLDGS | A | div. | | | Sold | 12/10 | J | | |
| Laboratory CP Amer Hldgs. | A | div. | | | Sold | 6/20 | J | | |
| Lowes Companies Inc | A | div. | | | Buy Sold | 9/24 12/10 | J J | | |
| Manpower, Inc. | A | div. | | | Sold | 7/29 | J | | |
| Manulife Financial Corp F | A | div. | | | Buy Sold | 8/5 12/23 | J J | | |
| J P Morgan Chase & Co. | A | div. | | | Buy Sold | 8/5 11/26 | J J | | |
| Nestle SA Rep RG SH ADR | A | div. | | | Stock Split Sold | 7/3 12/10 | J J | | |
| Noble Corp. | A | div. | | | Buy Sold | 10/21 11/10 | J J | | |
| Nokia Corp. | A | div. | | | Buy Sold | 8/5 11/16 | J J | | |
| Norfolk Southern Corp. | A | div. | | | Sold | 12/23 | J | | |
| Occidental Pete Corp. | A | div. | | | Buy Sold | 10/21 12/12 | J J | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 8/24/09 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| PfizerInc. | A | div. | | | Sold | 7/3 | J | | |
| Phillip Morris Intl | A | div. | J | T | Buy | 10/21 | J | | |
| Pitney Bowes | A | div. | | | Sold | 1/30 | J | | |
| PNC FINCL Service Group | A | div. | | | Sold | 8/5 | J | | |
| Praxair, Inc. | A | div. | | | Ptl. Sale | 8/5 | J | | |
| | | | | | Sold | 11/10 | J | | |
| Proctor & Gamble | A | div. | | | Ptl. Sale | 1/14 | J | | |
| | | | | | Exchange Offer | 11/10 | J | | |
| Prudential Financial, Inc. | A | div. | | | Sold | 11/20 | J | | |
| Public Svc Ent Group | A | div. | | | Stock Split | 2/5 | J | | |
| | | | | | Sold | 10/8 | J | | |
| Quest Diagnostics | A | div. | | | Ptl. Sale | 10/21 | J | | |
| | | | | | Sold | 11/10 | J | | |
| Republic Services, Inc. | A | div. | | | Sold | 11/10 | J | | |
| Rockwell Collins Inc. | A | div. | | | Sold | 11/10 | J | | |
| Sara Lee Corp. | A | div. | | | Sold | 2/25 | J | | |
| Schering Plough Corp. | A | div. | | | Sold | 9/24 | J | | |
| Schlumberger LTD. | A | div. | | | Ptl. Sale | 7/22 | J | | |
| | | | | | Sold | 11/10 | J | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 8/24/09 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | If not exempt from disclosure | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| Siemens AG ADR | A | div. | | | Buy | 1/14 | J | | |
| | | | | | Sold | 11/10 | J | | |
| Sunburst Bks Inc. | A | div. | | | Sold | 7/22 | J | | |
| Symantec | A | div. | J | T | Buy | 9/24 | J | | |
| Target | A | div. | | | Ptl. Sale | 10/8 | J | | |
| | | | | | Sold | 12/12 | J | | |
| Time Warner | A | div. | | | Sold | 3/3 | J | | |
| Transocean Inc. NEW (Previously Global Sante Fe Corp.) | A | div. | | | Sold | 10/21 | J | | |
| Valero Energy Corp. | A | div. | | | Buy | 4/21 | J | | |
| | | | | | Sold | 11/20 | J | | |
| Willis Group Holdings | A | div. | J | T | Buy | 10/8 | J | | |
| 3M Company | A | div. | | | Sold | 11/10 | J | | |
| Travelers PPTY CAS CRP A | A | div. | | | Sold | 1/26 | J | | |
| Verizon Communications | A | div. | J | T | Buy | 7/9 | J | | |

CASH & EQUIVALENTS:

| CMA Money Fund | A | int. | K | T | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CMA Government Securities Fund | B | int. | J | T | | | | | |

MUNICIPAL BONDS:

| Jackson, MS Pub Sch Dist 4.875% Due 8/1/09 | A | int. | | | Redeemed | 8/1 | K | | |
|---|---|---|---|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 8/24/09 |

## VII.  INVESTMENTS AND TRUSTS – income, value, transactions.

| A.<br>Description of Assets<br>(including trust assets) | B.<br>INCOME during reporting period | | C.<br>GROSS VALUE at end of reporting period | | D.<br>TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt. 1 Code | (2)<br>Type | (1)<br>Value2 Code | (2)<br>Value Method3 | (1)<br>Type | (2)<br>Date | (3)<br>Value2 Code | (4)<br>Gain1 Code | (5)<br>Identity |
| MS St Univ. EDL Bldg. CRP RV PWR OID FCIC JAN 04 03.500% Aug 01 13 | A | Int. | L | T | | | | | |
| MS St 5.5%10 GO UTX Due 9/1/10 | A | Int. | K | T | | | | | |
| MS St 5.25%13 GO Due 11/1/13 | A | Int. | K | T | | | | | |
| 18. Undivided 1/4 int. in ▮▮▮▮▮▮▮ Wilkinson Co., MS Inherited 10/84 – Value at acquisition $250,000 | D | rent | N | R | | | | | |
| 19. Undivided 1/20 int. in ▮▮▮▮▮ property, Adams Co., MS Purchased 8/86 – Value at acquisition $23,000 | C | Timber Sale | K | R | Timber Sale | 10/28 | | J | Fred Netterville Lumber Company |
| 20. Undivided int. in small tract known as ▮▮▮▮ ▮▮▮, Adams Co., MS Purchased 6/82 – Value at acquisition $5,000 | A | Timber Sale | J | R | | | | | |
| Additional 50% int. in ▮▮▮▮▮▮▮▮▮, a/k/a ▮▮▮▮▮▮▮▮▮▮ ▮▮ Purchased 4/98 – Value at acquisition – $8,098) | | None | J | R | | | | | |
| Additional 50% int. in ▮▮▮▮▮▮▮▮▮, a/k/a ▮▮▮▮▮▮▮ ▮▮ Purchased 4/98 – Value at acquisition – $12,500 | | None | K | R | | | | | |
| Additional ▮▮▮▮▮▮ ▮▮▮▮▮ Purchased 8/99 – value at acquisition $16,895 | | None | K | R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 8/24/09 |

## VII.   INVESTMENTS AND TRUSTS – income, value, transactions.

| A.<br>Description of Assets<br>(including trust assets) | B.<br>INCOME<br>during<br>reporting<br>period | | C.<br>GROSS VALUE<br>at end of<br>reporting<br>period | | D.<br>TRANSACTIONS<br>during<br>reporting<br>period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt. 1<br>Code | (2)<br>Type | (1)<br>Value2<br>Code | (2)<br>Value<br>Method3 | (1)<br>Type | (2)<br>Date | If not exempt from disclosure | | |
| | | | | | | | (3)<br>Value2<br>Code | (4)<br>Gain1<br>Code | (5)<br>Identity |
| 21. Undivided 1/30 int. in property known as ▮▮▮▮▮/ ▮▮▮▮, Wilkinson Co., MS – Purchased 10/87 – value at acquisition $60,000 | None | M | R | | | | | | |
| Additional 1/30 int. in ▮▮ ▮▮ known as ▮▮▮▮ ▮▮▮▮, Wilkinson Co., MS – Value at acquisition (2/99) $20,000 | None | K | R | | | | | | |
| Additional 1/30th int. in property known as ▮▮▮▮ ▮▮▮▮, Wilkinson Co., MS – Value at acquisition $36,666.66 | None | K | R | | Timber Sale | 6/22 | J | | J. M. Jones Timber Co. |
| 22. 100% ownership (in name of Orchard Corporation) of rental property known as Cliff's Convenience Corner, Wilkinson Co., MS Inherited 1976 – Value at acquisition $65,000 | D | rent | L | R | | | | | |
| 23. Undivided 1/2 int. (in name of Three-Way Corp.) in commercial rental property, Wilkinson Co., MS, including service stations, automobile dealership and surrounding property – Inherited 1984 – Value at acquisition $25,000 | D | rent | K | R | | | | | |
| 24. Undivided 1/4 int. in ▮▮ property incl. ▮▮▮▮ ▮▮▮▮ residence (includes ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ ▮▮ Inherited 1984 – Value at acquisition $40,000 | E | rent | M | R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 8/24/09 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 25. Small law office, ███████, Woodville, MS Inherited 1984 - Value at acquisition $12,000 | None | J | R | | | | | | |
| 26. Partnership interest in Valley Farm Bigbee Valley, MS - Inherited 1980 - Value at acquisition $200,000 | D | Farm & Timber Income | N | R | | | | | |
| 27. ████ land Inherited 1980 - Value at acquisition $1,500 | None | J | | Oil & Gas Lease Bonus | 9/13 | K | Miller Land Professionals | | |
| 28. 1/4 int. ████████ timberland, Wilkinson Co., MS - Inherited 1984 - Value at acquisition $18,000 | None | K | R | | | | | | |
| 29. 1/2 int. ████████ ████████ Wilkinson Co. Inherited 1984 - Value at acquisition $13,500 | None | J | R | | | | | | |
| 30. Undivided int. in lands located in Noxubee Co., MS, as follows: ████████ ████████ ████████ Inherited 1983 - Value at acquisition $30,000 | C | Tree Farm | M | R | Timber Sale | 6/8 | K | | Southern Resources |
| 31. 1/2 int., ████████, ████████, Lamar Co., AL Series of gifts 1983 - Value at acquisition $10,000 | None | L | R | | | | | | |
| 32. Undivided int. ███ ████████, Pickens Co., Gift/Inherited 1983 - Value at acquisition $12,000 | A | Roy. | J | R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 8/24/09 |

## VII.   INVESTMENTS AND TRUSTS - income, value, transactions.

| A.<br>Description of Assets<br>(including trust assets) | B.<br>INCOME during reporting period | | C.<br>GROSS VALUE at end of reporting period | | D.<br>TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt. 1<br>Code | (2)<br>Type | (1)<br>Value2<br>Code | (2)<br>Value<br>Method3 | (1)<br>Type | (2)<br>Date | If not exempt from disclosure | | |
| | | | | | | | (3)<br>Value2<br>Code | (4)<br>Gain1<br>Code | (5)<br>Identity |
| 33. 3/16th undivided int. Glasscock Island ▮▮▮, ▮▮, Concordia Parish, LA Purchased 2/92 - Value at acquisition $35,000 | C | Rent | O | R | | | | | |
| Additional .033337 un-divided interest Glasscock Island ▮▮▮▮▮▮▮▮▮▮ Purchased 8/04 - Value at acquisition $42,780 | B | Rent | K | R | | | | | |
| 34. Interest in Layson, ▮▮▮▮▮▮▮, Wilkinson Co., MS Purchased 3/92 - Value of 5/6 ownership int. at acquisition $50,000 | B | Conservation Reserve Program | N | R | | | | | |
| Inherited additional 1/6 interest in Layson | B | CRP | N | R | Inherit | 11/08 | | J | Nolan McCraine |
| 35. Various <u>non-producing</u> undivided ints. in oil, gas and other minerals in the following locations: | | | | | | | | | |
| Noxubee Co., MS | A | roy. | J | W | | | | | |
| Pickens County, AL | A | roy. | J | W | | | | | |
| Tensas Parish, LA | A | roy. | J | W | | | | | |
| Concordia Parish, LA | A | roy. | J | W | | | | | |
| Adams Co., MS | A | roy. | J | W | | | | | |
| Wilkinson Co., MS | E | roy. | J | W | Oil Lease | 2/08 | | K | Tridimension |
| 36. <u>Producing minerals</u>: ▮▮▮▮▮▮▮, Lamar Co., AL,Oper., Moon-Hines, Well No. Moon-Hines #1; Cunningham-Taylor; roy. int. .0016129 | A | roy. | J | W | | | | | |
| 37. Jefferson Co., MS: Buena Vista/C.P. and Buena Vista/Burkley-Anderson Oil Company | A | roy. | J | W | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 8/24/09 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 38. Wilkinson Co., MS: Ashland Oil Co. (now Plains Marketing), various ▮▮▮▮▮ | A | roy. | J | W | | | | | |
| 39. Wilkinson County, MS: Texaco(now Ergon)-Cc. P. Long ▮▮▮▮▮ | A | roy. | J | W | | | | | |
| 40. Amite Co., MS: Waller Bros., Inc.(now J. P. Oil and Gungull Expl.) -Winnie Kepper, et al. | A | roy. | J | W | | | | | |
| 41. Wilkinson Co., MS: Prairie Prod. Co.-Hughes Eastern-Millbrook Unit Adams County, MSA | A | roy. | J | W | | | | | |
| 42. ANCOA-Parker 1-3 & SCBR1 | A | roy. | J | W | | | | | |
| 43. Wilkinson Co., MS: Hood-Goldsberry/D/O ▮▮▮▮▮ | A | roy. | J | W | | | | | |
| 44. Wilkinson Co., MS: Pacific-Enterprises/J. Carter-A. Walker- ▮▮▮▮▮ | A | roy. | J | W | | | | | |
| 45. .000032 working int. Odgon Unit ▮▮▮▮▮ | A | int. | K | W | | | | | |
| 46. .0013646 royalty int. Freedom Field, Wilkinson Co., MS CMRA ▮▮▮▮▮ Threshold | B | roy. | J | W | | | | | |
| 47. Vac-Sharp-State Unit, Concordia Parish, LA - (McGowan Working Ptnrs.) | A | roy. | J | W | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 8/24/09 |

## VII.   INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 48. Undivided ▮▮▮▮▮. ▮▮▮▮▮▮ ▮ Wilkinson Co., MS | None | J | W | | | | | | |
| 49. Producing minerals: Oxy-Well CMR-A-1, .0013646 working interest, Wilkinson County, MS | D | roy. | J | W | | | | | |
| 50. 1/6th interest in So. Canal Street Partnership. Partnership formed 1993 - Value at acquisition $50;000) | D | rent | K | R | | | | | |
| 51. ▮▮▮▮▮▮ Wilkinson County, MS, ▮▮▮▮▮▮▮▮, known as Buck Island - Value at acquisition (9/94) $1,600,000 | E | Rent & Timber | P1 | R | | | | | |
| 52. Lot ▮▮▮▮ in size in § 23, T3N, R4W, Wilkinson County, MS Value at acquisition (10/94) $16,000 | None | | J | R | | | | | |
| Lot ▮▮▮▮ in size in ▮▮▮▮▮, Wilkinson County, MS Purchased 9/00 - Value at acquisition - $17,000 | None | | K | R | | | | | |
| 53. U. S. Government Bonds | None | | K | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 8/24/09 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 54. 10% mineral interest ▮ ▮▮▮▮▮, Concordia Parish, LA | A | roy. | J | W | | | | | |
| Additional mineral int. ▮▮▮▮ Concordia Parish, LA | A | roy. | J | W | | | | | |
| 55. Smith Barney Account: Nuveen Flagship Muni. Bond | A | int. | J | T | | | | | |
| American Funds: Washington Mutual Inv. Fund | A | div. | K | T | | | | | |
| U.S. Treas. Sec. Stripped Int. Pmt. Fixed Income | | none | J | T | | | | | |
| World Wrestling Fdn Entmt, Inc. | A | div. | J | T | | | | | |
| 56. 50% interest in Geoghegan Properties, L.P. | C | div. | O | T | | | | | |
| 57. 50% int. in S.C.G. Properties, L. P., including ½ int. in lot owned in Town of Woodville behind Commerical Row and building thereon | C | Rent | L | T | Rent | 2008 | J | | BellSouth |
| 58. 0.045% partnership int. in Walters Group, Ltd. | C | div. | L | T | | | | | |
| 59. 1/2 int. in Hard Times, Inc., | E | rent | K | T | | | | | |

(Item 55, World Wrestling Fdn Entmt, Inc. row:) This was previously Item #63 and has been moved to this account as noted

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 8/24/09 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | | If not exempt from disclosure | | |
| | | | | | | (2) | (3) | (4) | (5) |
| | Amt. 1 Code | Type | Value2 Code | Value Method3 | Type | Date | Value2 Code | Gain1 Code | Identity |
| 60. 2/5 int. ▓▓▓▓ ▓▓ Wilkinson County, MS - Value at acquisition (9/97) $88,000 | | None | M | R | | | | | |
| Additional 20% int. ▓▓ ▓▓▓▓▓▓▓ Wilkinson County, MS - 5/02 $75,000 | | None | L | R | | | | | |
| 61. ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ Wilkinson County, MS - 11/98 and 3/01 - Value at acquisition $300,000 | | None | N | R | | | | | |
| 62. Regions Bank (formerly AmSouth Bank) Money Market Account | A | div. | K | | T | | | | |
| 63. World Wrestling Fedn Entmt, Inc. | A | div. | J | | T | This stock has been inadvertently reported as an individual stock when it has been held in the Smith Barney Account Item #55 and has been moved to reflect as being held in that account | | | |
| 64. 1/4 int. ▓▓▓▓▓▓ ▓▓▓▓▓▓ Adams County, MS, known as ▓▓▓▓▓▓▓▓ - Value at acquisition (1970) $5,000 | A | rent | J | R | | | | | |
| 65. 50% int. in Parcel ▓▓ ▓▓▓▓▓▓▓, Woodville, Wilkinson County, MS - Value at acquisition (1997) $40,000 | A | rent | K | R | | | | | |
| 66. Edward Jones Account: Cash and Money Market | A | div. | K | | T | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 8/24/09 |

## VII.   INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 67. 1/16th int. ███████████████, Wilkinson County, MS 12/2000 - Value at acquisition- 30,875 | None | K | R | | | | | | |
| 68. Undivided ████████████ Wilkinson County, MS 3/2000 - Value at acquisition - $67,000 | None | L | R | | | | | | |
| 69. 2/24 int. ████████ Wilkinson County, MS - 7/01 $100,000 | None | L | R | | | | | | |
| 70. Undivided 10% of 2/3 int. ████████████ Wilkinson County, MS 3/02 - $30,231 | None | K | R | | | | | | |
| 71. Undivided int. ███████ Wilkinson County, MS 3/02 - $30,231 | None | J | R | | | | | | |
| Undivided int. ████ Wilkinson County, MS 11/02 - $8,722 | None | J | R | | | | | | |
| 72. National Financial Services, LLC (IRA) | A | Int. | K | T | | | | | |
| 73. Munder Funds (Health-care Fund) | None | J | T | | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 8/24/09 |

## VII.   INVESTMENTS AND TRUSTS – income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 74. American Funds (Growth Fund) | A | Int. | | | | | | | This fund was transferred to Item #78 (New Investment Account) |
| 75. Britton & Koontz Bank CD | A | Int. | L | T | | | | | |
| 76. United Mississippi Bank CD | A | Int. | L | T | | | | | |
| 77. Undivided interest in oil, gas and other minerals (Alex Ventress) – ███████ ███████ Wilkinson County, MS | C | roy. | J | W | | | | | |
| 78. 1/3 int. ████████ ████████ Wilkinson County, MS Vale at acquisition (2005) $250,000 | | Hunting | | | | | | | |
| | B | Lease | N | R | | | | | |
| 78. Inherited from Est. of Martha C. Walters: Exxon Mobil | A | div. | K | T | | | | | |
| NBC Capital Corp. (Cadence) | B | div. | K | T | | | | | |
| Wachovia Corp. | D | div. | | | Sold | 12/11 | | K | (This was sold through Item #78 account and funds were put in Ready Assets Fund |
| Norfolk Southern Corp. | A | div. | J | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 8/24/09 |

## VII. INVESTMENTS AND TRUSTS – income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure | | |
| | | | | | | | (3) Value2 Code | (4) Gain1 Code | (5) Identity |

80. New Investment Account
    -KMP, Ridgeland Stocks:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Chevron | A | div. | K | T | | | | | |
| Hibernia Bank | A | div. | | | Proceeds put in Ready Assets Fund account | | | | |
| Ready Assets Fund | B | Div. | L | T | | | | | |
| General Electric | A | div. | | | Buy 8/11 Sold 9/29 | J | | | |
| Johnson and Johnson | A | div. | | | Buy 8/1 Sole 11/28 | J J | | | |
| Procter & Gamble Co. | A | div. | | | Buy 8/1 Sold 11/28 | J J | | | |
| AT&T | A | div. | | | Buy 9/29 Sold 11/28 | J J | | | |
| American Growth Fund Of America | A | int. | | | Sold 11/28 | J | | | |

81. ½ interest in Wilson house, Woodville, MS Value at acquisition – $14,600)

| | A | Rent | J | R | Buy | 1/3 | J | Lee Dell Wilson |
|---|---|---|---|---|---|---|---|---|

82. Britton & Koontz Bank – CD

| | A | Int. | | | Cashed and added to #75 |
|---|---|---|---|---|---|

83. 1/3 int ▉▉▉▉ ▉▉▉▉▉▉▉ in Phillips County, Arkansas

| | None | N | R | | Timber Sale | 10/28 | K | Geranimo Timber Co. |
|---|---|---|---|---|---|---|---|---|
| | | | | | Soy Bean Sale | 12/30 | J | McAlister Grain |

84. Regions Bank – CD

| | A | Int. | L | T |
|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 8/24/09 |

## VII.   INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | If not exempt from disclosure | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 85.  10% working interest In oil, gas and other Mineral production, Peabody well in Concordia Parish, LA | L | Oil Int. | N | W | Oil Lease | 6/5 | N | | Tyler Productions, LLC |

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BRAMLETTE, III, DAVID C. | U. S. DISTRICT COURT SOUTHERN DISTRICT OF MISSISSIPPI | 07/07/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ARTICLE III SENIOR STATUS | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P. O. BOX 928 NATCHEZ, MS 39121 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE EMERITUS | MISSISSIPPI NATURE CONSERVANCY |
| 2. MEMBER BOARD OF TRUSTEES | NATCHEZ LITERARY CELEBRATION |
| 3. BOARD OF DIRECTORS | BOB R. JONES IDLEWILD WILDLIFE RESEARCH INSTITUTE |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUL -8 A 10: 2  FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 07/07/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 07/07/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | UNITED MISSISSIPPI BANK | REAL ESTATE LOAN | M |
| 2. | UNITED MISSISSIPPI BANK | REAL ESTATE LOAN | N |
| 3. | BRITTON & KOONTZ BANK | REAL ESTATE LOAN | L |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 07/07/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SEE ADDENDUM CONSISTING OF 19 PAGES ATTACHED HERETO | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. EXPLANATION FOR REMOVAL OF ITEM 55 FROM 2007 FINANCIAL DISCLOSURE REPORT: THE 1/24th UNDIVIDED INTEREST IN POPLAR GROVE TRACT WAS A TIMBER INTEREST ONLY. THE TIMBER WAS CUT IN 2007 AND THERE IS NO REMAINING INTEREST.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/7/08 |

## VII.  INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | If not exempt from disclosure | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 1.  50% interest in rental account- Regions Bank acct. | A | rent | J | T | | | | | |
| 2.  50% interest in account, rental property-Regions Bank acct. | A | rent | J | T | | | | | |
| 3.  25% interest in farm acct.-Regions Bank acct. | A | rent | J | T | | | | | |
| 4.  25% interest in estate account-inherited property Regions Bank acct. | E | rent | J | T | | | | | |
| 5.  Entergy | A | div. | K | T | | | | | |
| 6.  GW Utilities, Ltd. | B | div. | J | T | | | | | |
| 7. Hibernia Bank | A | div. | | | Transferred to New Investment Acct. Item No. 84 and then sold and proceeds put in ready asset account | | | | |
| 8. CSX | A | div. | J | T | | | | | |
| 9. Abitibi-Price, Inc. | A | div. | J | T | | | | | |
| 10. Highland Corp. | C | div. | J | T | | | | | |
| 11. Highpoint Corp. | A | div. | J | T | | | | | |
| 12. First Colony Life | B | div. | K | T | | | | | |
| 13. Penn Mutual | A | div. | M | T | | | | | |
| 14. New York Life | A | div. | L | T | | | | | |
| 15. Equitable Life | A | div. | L | T | This life policy has expired | | | | |
| 16. Southern Farm Bureau | A | div. | J | T | This life policy has expired | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/7/08 |

## VII.   INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | If not exempt from disclosure | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Type Code | (2) | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |

17. CHARLES SCHWAB
    INVESTMENT ACCOUNT:

<u>STOCKS:</u>

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AT&T New | A | div. | | | Sold | 11/20 | J | | |
| Abbott Laboratories | A | div. | | | Buy | 10/21 | J | | |
| | | | | | Sold | 12/23 | J | | |
| American Intl. Group Inc. | A | div. | | | Sold | 6/16 | J | | |
| Amgen Inc. | A | div. J | T | | Buy | 9/24 | J | | |
| Anadarko Pete Corp. | | | | | Sold | 7/3 | J | | |
| Arkansas Power & Light | B | div. J | T | | | | | | |
| Ashland, Inc. | A | div. J | T | | | | | | |
| Assurant Inc. | A | div. | | | Buy | 7/3 | J | | |
| | | | | | Sold | 11/10 | J | | |
| BMC Software, Inc. | A | div. | | | Sold | 12/12 | J | | |
| BankAmerica Corp. New Del | A | div. J | T | | | | | | |
| Baxter Interntl, Inc. | A | div. | | | Sold | 11/20 | J | | |
| Becton Dickinson & Co. | A | div. J | T | | | | | | |
| Best Buy Inc. | A | div. | | | Buy | 2/25 | J | | |
| | | | | | Sold | 11/26 | J | | |
| BP Amoco PL | A | div. | | | Sold | 11/20 | J | | |
| Burlington N Sante Fe | A | div. | | | Sold | 11/20 | J | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/7/08 |

## VII.  INVESTMENTS AND TRUSTS – income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| Carnival Corp. | A | div. | | | Ptl. Sale Sold | 10/8 11/10 | J J | | |
| Caterpillar, Inc. | A | div. | J | T | | | | | |
| CenterPoint Energy | A. | div. | | | Buy Sold | 10/8 12/12 | J J | | |
| Chubb Corp. | A | div. | | | Ptl. Sale Sold | 6/27 9/24 | J J | | |
| CIGNA | A | div. | | | Sold | 7/3 | J | | |
| CISCO Systems, Inc. | A | div. | | | Buy Sold | 3/3 12/26 | J J | | |
| Comcast Corp New CLA | A | div. | | | Buy | 10/15 | J | | |
| Corning Inc. | A | div. | | | Ptl. Sale Sold | 10/21 11/10 | J J | | |
| Deere & Co. | A | div. | | | Sold | 10/21 | J | | |
| Dell Inc | A | div. | | | Buy Buy Sold | 7/3 7/22 11/18 | J J J | | |
| Dominion Res Inc VA New | A | div. | J | T | | | | | |
| Disney Walt Co | A | div. | J | T | Buy Buy | 6/20 7/22 | J J | | |
| Donnelley RR L& Sons Co. | A | div. | | | Sold | 7/9 | J | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/7/08 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code | 1 Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| Dow Chemical Company | A | div. | | | Buy | 5/1 | J | | |
| | | | | | Sold | 10/21 | J | | |
| E Trade Financial Corp. | A | div. | | | Sold | 7/31 | J | | |
| Embarq Corp. | A | div. | J | T | Buy | 1/18 | J | | |
| | | | | | Sold | 10/15 | J | | |
| Exxon Mobil Corp. | A | div. | J | T | Buy | 7/3 | J | | |
| | | | | | Buy | 7/9 | J | | |
| Fisher Scientific IN | A | div. | | | Sold | 12/10 | J | | |
| Foster Wheeler New ORD | A | div. | | | Buy | 3/3 | J | | |
| | | | | | Buy | 10/8 | J | | |
| | | | | | Sold | 11/20 | J | | |
| Freeport McMorn CP&GLD B Class B | A | div. | J | T | | | | | |
| General Dynamics Corp. | A | div. | | | Sold | 11/10 | J | | |
| General Electric | A | div. | | | Sold | 12/23 | | J | |
| Goldman Saks Group Inc | A | div. | | | Buy | 7/17 | | J | |
| | | | | | Sold | 11/20 | | J | |
| Harris Corporation | A | div. | | | Sold | 11/20 | | J | |
| Heinz H J Co | A | div. | | | Buy | 7/22 | | J | |
| | | | | | Sold | 12/26 | | J | |
| Hewlett Packard Co. | A | div. | | | Ptl. Sale | 7/22 | | J | |
| | | | | | Sold | 10/16 | | J | |
| Hospira | A | div. | | | Buy | 2/25 | | J | |
| | | | | | Sold | 11/20 | | J | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/7/08 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A.<br>Description of Assets<br>(including trust assets) | B.<br>INCOME<br>during<br>reporting<br>period | | C.<br>GROSS VALUE<br>at end of<br>reporting<br>period | | D.<br>TRANSACTIONS<br>during<br>reporting<br>period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt. 1<br>Code | (2)<br>Type | (1)<br>Value2<br>Code | (2)<br>Value<br>Method3 | (1)<br>Type | (2)<br>Date | (3)<br>Value2<br>Code | (4)<br>Gain1<br>Code | (5)<br>Identity |
| Intl. Business Machines | A | div. | J | T | | | | | |
| Johnson & Johnson | A | div. | J | T | | | | | |
| Kroger Co. | A | div. | J | T | | | | | |
| L-3 Communications HLDGS | A | div. | | | Sold | 12/10 | J | | |
| Laboratory CP Amer Hldgs. | A | div. | | | Sold | 6/20 | J | | |
| Lowes Companies Inc | A | div. | | | Buy<br>Sold | 9/24<br>12/10 | J<br>J | | |
| Manpower, Inc. | A | div. | | | Sold | 7/29 | J | | |
| Manulife Financial Corp F | A | div. | | | Buy<br>Sold | 8/5<br>12/23 | J<br>J | | |
| J P Morgan Chase & Co. | A | div. | | | Buy<br>Sold | 8/5<br>11/26 | J<br>J | | |
| Nestle SA Rep RG SH ADR | A | div. | | | Stock Split<br>Sold | 7/3<br>12/10 | J<br>J | | |
| Noble Corp. | A | div. | | | Buy<br>Sold | 10/21<br>11/10 | J<br>J | | |
| Nokia Corp. | A | div. | | | Buy<br>Sold | 8/5<br>11/16 | J<br>J | | |
| Norfolk Southern Corp. | A | div. | | | Sold | 12/23 | J | | |
| Occidental Pete Corp. | A | div. | | | Buy<br>Sold | 10/21<br>12/12 | J<br>J | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/7/08 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure | | |
| | | | | | | | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| PfizerInc. | A | div. | | | Sold | 7/3 | J | | |
| Phillip Morris Intl | A | div. | | | Buy | 10/21 | J | | |
| Pitney Bowes | A | div. | | | Sold | 1/30 | J | | |
| PNC FINCL Service Group | A | div. | | | Sold | 8/5 | J | | |
| Praxair, Inc. | A | div. | | | Ptl. Sale | 8/5 | J | | |
| | | | | | Sold | 11/10 | J | | |
| Proctor & Gamble | A | div. | | | Ptl. Sale | 1/14 | J | | |
| | | | | | Exchange Offer | 11/10 | J | | |
| Prudential Financial, Inc. | A | div. | | | Sold | 11/20 | J | | |
| Public Svc Ent Group | A | div. | | | Stock Split | 2/5 | J | | |
| | | | | | Sold | 10/8 | J | | |
| Quest Diagnostics | A | div. | | | Ptl. Sale | 10/21 | J | | |
| | | | | | Sold | 11/10 | J | | |
| Republic Services, Inc. | A | div. | | | Sold | 11/10 | J | | |
| Rockwell Collins Inc. | A | div. | | | Sold | 11/10 | J | | |
| Sara Lee Corp. | A | div. | | | Sold | 2/25 | J | | |
| Schering Plough Corp. | A | div. | | | Sold | 9/24 | J | | |
| Schlumberger LTD. | A | div. | | | Ptl. Sale | 7/22 | J | | |
| | | | | | Sold | 11/10 | J | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/7/08 |

## VII.   INVESTMENTS AND TRUSTS – income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure | | |
| | | | | | | | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| Siemens AG ADR | A | div. | J | T | Buy | 1/14 | J | | |
| | | | | | Sold | 11/10 | J | | |
| Sunburst Bks Inc. | A | div. | | | Sold | 7/22 | J | | |
| Symantec | A | div. | J | T | Buy | 9/24 | J | | |
| Target | A | div. | | | Ptl. Sale | 10/8 | J | | |
| | | | | | Sold | 12/12 | J | | |
| Time Warner | A | div. | | | Sold | 3/3 | J | | |
| Transocean Inc. NEW (Previously Global Sante Fe Corp.) | A | div. | | | Sold | 10/21 | J | | |
| Valero Energy Corp. | A | div. | | | Buy | 4/21 | J | | |
| | | | | | Sold | 11/20 | J | | |
| Willis Group Holdings | A | div. | J | T | Buy | 10/8 | J | | |
| 3M Company | A | div. | | | Sold | 11/10 | J | | |
| Travelers PPTY CAS CRP A | A | div. | | | Sold | 1/26 | J | | |
| Verizon Communications | A | div. | J | T | Buy | 7/9 | J | | |

CASH & EQUIVALENTS:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CMA Money Fund | A | int. | K | T | | | | | |
| CMA Government Securities Fund | B | int. | J | T | | | | | |

MUNICIPAL BONDS:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Jackson, MS Pub Sch Dist 4.875% Due 8/1/09 | A | int. | K | T | Redeemed | 8/1 | K | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/7/08 |

## VII.  INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| MS St Univ. EDL Bldg. CRP RV PWR OID FCIC JAN 04 03.500% Aug 01 13 | A | Int. | L | T | | | | | |
| MS St 5.5%10 GO UTX Due 9/1/10 | A | Int. | K | T | | | | | |
| MS St 5.25%13 GO Due 11/1/13 | A | Int. | K | T | | | | | |
| 18. Undivided 1/4 int. in ████████████, Wilkinson Co., MS Inherited 10/84 - Value at acquisition $250,000 | D | rent | N | R | | | | | |
| 19. Undivided 1/20 int. in ████████ property, Adams Co., MS Purchased 8/86 - Value at acquisition $23,000 | C | Timber Sale | K | R | Timber Sale | 10/28 | J | | Fred Netterville Lumber Company |
| 20. Undivided int. in small tract known as ██████ ██████, Adams Co., MS Purchased 6/82 - Value at acquisition $5,000 | A | Timber Sale | J | R | | | | | |
| Additional 50% int. in ████████████████, a/k/a ██████████████ Tract Purchased 4/98 - Value at acquisition - $8,098) | | None | J | R | | | | | |
| Additional 50% int. in ████████████████, a/k/a ████████ ██████ Purchased 4/98 - Value at acquisition - $12,500 | | None | K | R | | | | | |
| Additional ████████████ ██████████ Purchased 8/99 - value at acquisition $16,895 | | None | K | R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/7/08 |

## VII.   INVESTMENTS AND TRUSTS - income, value, transactions.

| A.<br>Description of Assets<br>(including trust assets) | B.<br>INCOME during reporting period | | C.<br>GROSS VALUE at end of reporting period | | D.<br>TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt. 1 Code | (2)<br>Type | (1)<br>Value2 Code | (2)<br>Value Method3 | (1)<br>Type | (2)<br>Date | (3)<br>Value2 Code | (4)<br>Gain1 Code | (5)<br>Identity |
| 21. Undivided 1/30 int. in property known as ████████ ████████, Wilkinson Co., MS - Purchased 10/87 - value at acquisition $60,000 | None | M | R | | | | | | |
| Additional 1/30 int. in ██ ███ known as ████████ ███████, Wilkinson Co., MS - Value at acquisition (2/99) $20,000 | None | K | R | | | | | | |
| Additional 1/30th int. in property known as ████████ ████████, Wilkinson Co., MS - Value at acquisition $36,666.66 | None | K | R | | Timber Sale | 6/22 | J | | J. M. Jones Timber Co. |
| 22. 100% ownership (in name of Orchard Corporation) of rental property known as Cliff's Convenience Corner, Wilkinson Co., MS Inherited 1976 - Value at acquisition $65,000 | D | rent | L | R | | | | | |
| 23. Undivided 1/2 int. (in name of Three-Way Corp.) in commercial rental property, Wilkinson Co., MS, including service stations, automobile dealership and surrounding property - Inherited 1984 - Value at acquisition $25,000 | D | rent | K | R | | | | | |
| 24. Undivided 1/4 int. in ███████ property incl. ████████ ███ lots and residence (includes ███████ ████████ ███████ ████████ - Inherited 1984 - Value at acquisition $40,000 | E | rent | M | R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/7/08 |

## VII.   INVESTMENTS AND TRUSTS – income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure | | |
| | | | | | | | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 25. Small law office, ▮▮▮▮▮, Woodville, MS Inherited 1984 – Value at acquisition $12,000 | None | J | R | | | | | | |
| 26. Partnership interest in Valley Farm  Bigbee Valley, MS – Inherited 1980 – Value at acquisition $200,000 | D | Farm & Timber Income | N | R | | | | | |
| 27. ▮▮▮▮ land Inherited 1980 – Value at acquisition $1,500 | None | J | | | Oil & Gas Lease Bonus | 9/13 | K | | Miller Land Professionals |
| 28. 1/4 int. ▮▮▮▮ timberland, Wilkinson Co., MS – Inherited 1984 – Value at acquisition $18,000 | None | K | R | | | | | | |
| 29. 1/2 int. ▮▮▮▮, Wilkinson Co. Inherited 1984 – Value at acquisition $13,500 | None | J | R | | | | | | |
| 30. Undivided int. in lands located in Noxubee Co., MS, as follows: ▮▮▮▮ ▮▮▮▮ Inherited 1983 – Value at acquisition $30,000 | C | Tree Farm | M | R | Timber Sale | 6/8 | K | | Southern Resources |
| 31. 1/2 int., ▮▮▮▮ Lamar Co., AL Series of gifts 1983 – Value at acquisition $10,000 | None | L | R | | | | | | |
| 32. Undivided int. ▮▮▮▮, Pickens Co., Gift/Inherited 1983 – Value at acquisition $12,000 | A | Roy. | J | R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/7/08 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | If not exempt from disclosure | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 33. 3/16th undivided int. Glasscock Island ███ ███ Concordia Parish, LA Purchased 2/92 - Value at acquisition $35,000 | C | Rent | O | R | | | | | |
| Additional .033337 undivided interest Glasscock Island ████████████ Purchased 8/04 - Value at acquisition $42,780 | B | Rent | K | R | | | | | |
| 34. Interest in Layson, ████████ Wilkinson Co., MS Purchased 3/92 - Value of 5/6 ownership int. at acquisition $50,000 | B | Conservation Reserve Program | N | R | | | | | |
| Inherited additional 1/6 interest in Layson | B | CRP | N | R | Inherit | 11/08 | | J | Nolan McCraine |
| 35. Various non-producing undivided ints. in oil, gas and other minerals in the following locations: | | | | | | | | | |
| Noxubee Co., MS | A | roy. | J | W | | | | | |
| Pickens County, AL | A | roy. | J | W | | | | | |
| Tensas Parish, LA | A | roy. | J | W | | | | | |
| Concordia Parish, LA | A | roy. | J | W | | | | | |
| Adams Co., MS | A | roy. | J | W | | | | | |
| Wilkinson Co., MS | E | roy. | J | W | Oil Lease | 2/08 | K | | Tridimension |
| 36. Producing minerals: ██████████, Lamar Co., AL,Oper., Moon-Hines, Well No. Moon-Hines #1; Cunningham-Taylor; roy. int. .0016129 | A | roy. | J | W | | | | | |
| 37. Jefferson Co., MS: Buena Vista/C.P. and Buena Vista/Burkley- Anderson Oil Company | A | roy. | J | W | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/7/08 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | If not exempt from disclosure | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 38. Wilkinson Co., MS: Ashland Oil Co. (now Plains Marketing), various ▮▮▮▮▮ | A | roy. | J | W | 41. Wilkinson Co., MS: | | | | |
| 39. Wilkinson County, MS: Texaco(now Ergon)-Cc. P. Long ▮▮▮▮▮ | A | roy. | J | W | | | | | |
| 40. Amite Co., MS: Waller Bros., Inc.(now J. P. Oil and Gungull Expl.) -Winnie Kepper, et al. | A | roy. | J | W | | | | | |
| 41. Wilkinson Co., MS: Prairie Prod. Co.-Hughes Eastern-Millbrook Unit Adams County, MSA | A | roy. | J | W | | | | | |
| 42. ANCOA-Parker 1-3 & SCBR1 | A | roy. | J | W | | | | | |
| 43. Wilkinson Co., MS: Hood-Goldsberry/D/O ▮▮▮▮ | A | roy. | J | W | | | | | |
| 44. Wilkinson Co., MS: Pacific-Enterprises/J. Carter-A. Walker- ▮▮▮▮ | A | roy. | J | W | | | | | |
| 45. .000032 working int. Odgon Unit ▮▮▮▮ | A | int. | K | W | | | | | |
| 46. .0013646 royalty int. Freedom Field, Wilkinson Co., MS CMRA ▮▮▮▮ Threshold | B | roy. | J | W | | | | | |
| 47. Vac-Sharp-State Unit, Concordia Parish, LA - (McGowan Working Ptnrs.) | A | roy. | J | W | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/7/08 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 48. Undivided ▆▆▆▆▆. ▆▆▆▆▆▆▆▆▆▆ ▆, Wilkinson Co., MS | None | J | W | | | | | | |
| 49. Producing minerals: Oxy-Well ▆▆▆▆, .0013646 working interest, Wilkinson County, MS | D | roy. | J | W | | | | | |
| 50. 1/6th interest in So. Canal Street Partnership. Partnership formed 1993 – Value at acquisition $50,000) | D | rent | K | R | | | | | |
| 51. ▆▆▆▆▆▆ in Wilkinson County, MS, ▆▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆, ▆▆▆ known as Buck Island - Value at acquisition (9/94) $1,600,000 | E | Rent & Timber | P1 | R | | | | | |
| 52. Lot ▆▆▆ in size in ▆▆▆▆▆, Wilkinson County, MS Value at acquisition (10/94) $16,000 | None | J | R | | | | | | |
| Lot ▆▆ in size in ▆▆▆▆, Wilkinson County, MS Purchased 9/00 - Value at acquisition - $17,000 | None | K | R | | | | | | |
| 53. U. S. Government Bonds | None | K | T | | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/7/08 |

## VII. INVESTMENTS AND TRUSTS – income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 54. 10% mineral interest ▮▮ ▮▮▮▮▮ ▮▮▮▮ ▮▮▮ , Concordia Parish, LA | A | roy. | J | W | | | | | |
| Additional mineral int. ▮▮▮▮▮, ▮▮▮▮▮, ▮▮▮▮, Concordia Parish, LA | A | roy. | J | W | | | | | |
| 55. Smith Barney Account: Nuveen Flagship Muni. Bond | A | int. | J | T | | | | | |
| American Funds: Washington Mutual Inv. Fund | A | div. | K | T | | | | | |
| U.S. Treas. Sec. Stripped Int. Pmt. Fixed Income | | none | J | T | | | | | |
| World Wrestling Fdn Entmt, Inc. | A | div. | J | T | | | | | |
| 56. 50% interest in Geoghegan Properties, L.P. | C | div. | O | T | | | | | |
| 57. 50% int. in S.C.G. Properties, L. P., including ½ int. in lot owned in Town of Woodville behind Commerical Row and building thereon | C | Rent | L | T | Rent | 2008 | J | | BellSouth |
| 58. 0.045% partnership int. in Walters Group, Ltd. | C | div. | L | T | | | | | |
| 59. 1/2 int. in Hard Times, Inc., | E | rent | K | T | | | | | |

This was previously Item #63 and has been moved to this account as noted

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/7/08 |

## VII.   INVESTMENTS AND TRUSTS - income, value, transactions.

| A.<br>Description of Assets<br>(including trust assets) | B.<br>INCOME<br>during<br>reporting<br>period | | C.<br>GROSS VALUE<br>at end of<br>reporting<br>period | | D.<br>TRANSACTIONS<br>during<br>reporting<br>period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br><br>Amt. 1<br>Code | (2)<br><br>Type | (1)<br><br>Value2<br>Code | (2)<br><br>Value<br>Method3 | (1)<br><br>Type | (2)<br>Date | (3)<br>Value2<br>Code | (4)<br>Gain1<br>Code | If not exempt from disclosure<br>(5)<br>Identity |
| 60. 2/5 int. ███████, ██ Wilkinson County, MS - Value at acquisition (9/97) $88,000 | | None | M | R | | | | | |
| Additional 20% int. ██ ████████ Wilkinson County, MS - 5/02 $75,000 | | None | L | R | | | | | |
| 61. ██████████████, ████████████, █████████, Wilkinson County, MS - 11/98 and 3/01 - Value at acquisition $300,000 | | None | N | R | | | | | |
| 62. Regions Bank (formerly AmSouth Bank) Money Market Account | A | div. | K | T | | | | | |
| 63. World Wrestling Fedn Entmt, Inc. | A | div. | J | T | This stock has been inadvertently reported as an individual stock when it has been held in the Smith Barney Account Item #55 and has been moved to reflect as being held in that account | | | | |
| 64. 1/4 int. ████████, ████████, Adams County, MS, known as ████████████- Value at acquisition (1970) $5,000 | A | rent | J | R | | | | | |
| 65. 50% int. in Parcel ██ ████████, Woodville, Wilkinson County, MS - Value at acquisition (1997) $40,000 | A | rent | K | R | | | | | |
| 66. Edward Jones Account: Cash and Money Market | A | div. | K | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/7/08 |

## VII.  INVESTMENTS AND TRUSTS – income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |

*If not exempt from disclosure*

| A. Description of Assets | B(1) | B(2) | C(1) | C(2) | D(1) | D(2) | D(3) | D(4) | D(5) |
|---|---|---|---|---|---|---|---|---|---|
| 67. 1/16th int. ▮▮▮▮▮, ▮▮▮▮▮▮▮, Wilkinson County, MS 12/2000 – Value at acquisition– 30,875 | None | K | R | | | | | | |
| 68. Undivided ▮▮▮▮ ▮▮▮▮ Wilkinson County, MS 3/2000 – Value at acquisition – $67,000 | None | L | R | | | | | | |
| 69. 2/24 int. ▮▮▮▮ ▮▮▮▮▮ Wilkinson County, MS – 7/01 $100,000 | None | L | R | | | | | | |
| 70. Undivided 10% of 2/3 int. ▮▮▮▮ ▮▮▮▮ Wilkinson County, MS 3/02 – $30,231 | None | K | R | | | | | | |
| 71. Undivided int. ▮▮ ▮▮▮▮, Wilkinson County, MS 3/02 – $30,231 | None | J | R | | | | | | |
| Undivided int. ▮▮ ▮▮▮▮ Wilkinson County, MS 11/02 – $8,722 | None | J | R | | | | | | |
| 72. National Financial Services, LLC (IRA) | A | Int. | K | T | | | | | |
| 73. Munder Funds (Health-care Fund) | None | J | T | | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/7/08 |

## VII.  INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 74. American Funds (Growth Fund) | A | Int. | J | T | | | This fund was transferred to Item #78 (New Investment Account) | | |
| 75. Britton & Koontz Bank CD | A | Int. | L | T | | | | | |
| 76. United Mississippi Bank CD | A | Int. | L | T | | | | | |
| 77. Undivided interest in oil, gas and other minerals (Alex Ventress) – ▮▮▮▮▮▮ ▮▮▮▮▮, Wilkinson County, MS | C | roy. | J | W | | | | | |
| 78. 1/3 int. ▮▮▮▮▮▮▮▮ Wilkinson County, MS | B | Hunting Lease | N | R | | | | | |
| 78. Inherited from Est. of Martha C. Walters: | | | | | | | | | |
| Exxon Mobil | A | div. | K | T | | | | | |
| NBC Capital Corp. (Cadence) | B | div. | K | T | | | | | |
| Wachovia Corp. | D | div. | | | Sold | 12/11 | K (This was sold through Item #78 account and funds were put in Ready Assets Fund | | |
| Norfolk Southern Corp. | A | div. | J | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/7/08 |

## VII.  INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| **80. New Investment Account -KMP, Ridgeland Stocks:** | | | | | | | | | |
| Chevron | A | div. | K | T | | | | | |
| Hibernia Bank | A | div. | J | T | Proceeds put in Ready Assets Fund account | | | | |
| Ready Assets Fund | B | Div. | L | T | | | | | |
| General Electric | A | div. | | | Buy 8/11 Sold 9/29 | | J | | |
| Johnson and Johnson | A | div. | | | Buy 8/1 Sole 11/28 | | J J | | |
| Procter & Gamble Co. | A | div. | | | Buy 8/1 Sold 11/28 | | J J | | |
| AT&T | A | div. | | | Buy 9/29 Sold 11/28 | | J J | | |
| American Growth Fund Of America | A | int. | | | Sold 11/28 | | J | | |
| 81. ½ interest in Wilson house, Woodville, MS Value at acquisition – $14,600) | A | Rent | J | R | Buy 1/3 | | J | | Lee Dell Wilson |
| 82. Britton & Koontz Bank – CD | A | Int. | | | Cashed and added to #75 | | | | |
| 83. 1/3 int ▮▮▮▮ ▮▮▮▮▮▮▮▮ in Phillips County, Arkansas | None | N | R | | Timber Sale 10/28 | | K | | Geranimo Timber Co. |
| | | | | | Soy Bean Sale 12/30 | | J | | McAlister Grain |
| 84. Regions Bank – CD | A | Int. | L | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 7/7/08 |

## VII.   INVESTMENTS AND TRUSTS – income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | If not exempt from disclosure | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 85.   10% working interest In oil, gas and other Mineral production, Peabody well in Concordia Parish, LA | L | Oil Int. | N | W | Oil Lease | 6/5 | N | | Tyler Productions, LLC |